BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KURT F. REINWAND and LYNN D. REINWAND, TRUSTEES OF THE KURT F. AND LYNN D. REINWAND LIVING TRUST<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, DEPARTMENT OF AGRICULTURE, FOREST SERVICE,<br><br>Defendant. | Case No. 1:05-cv-16 (JWS) |

MOTION FOR EXTENSION OF TIME TO ANSWER

Federal defendants move for an extension of time to and until March 15, 2006 in which to answer or otherwise respond to the complaint in this action. The extension is necessary because counsel has been unable to obtain sufficient information to permit the filing of an answer.

Counsel for plaintiffs could not be reached to ascertain whether this motion is unopposed..

RESPECTFULLY SUBMITTED this 13th day of February, 2006, at Anchorage, Alaska.

s/ Bruce M. Landon

BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February, 2006, a copy of the foregoing MOTION FOR EXTENSION OF TIME TO ANSWER with the PROPOSED ORDER were electronically served on the following counsel of record:

Z. Kent Sullivan


s/ Bruce M. Landon