BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KURT F. REINWAND and LYNN D. REINWAND, TRUSTEES OF THE KURT F. AND LYNN D. REINWAND LIVING TRUST | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 1:05-cv-15 (JWS) |
| v. | )<br>) |
| THE UNITED STATES OF AMERICA, DEPARTMENT OF AGRICULTURE, FOREST SERVICE, | )<br>)<br>) |
| | ) PROPOSED ORDER |
| Defendant. | )<br>) |

Federal defendants motion for an extension of time to and until March 15, 2006 in which to answer or otherwise respond to the complaint in this action is GRANTED.

Dated: _____     _____
                                  JAMES W. SEDWICK
                                  United States District Judge

ORDER                                1