Z. Kent Sullivan
BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819
Juneau, Alaska  99803
ph:  (907) 789-3166
fax: (907) 789-1913
Attorneys for Plaintiffs Reinwand

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| KURT F. REINWAND and LYNN D. REINWAND, TRUSTEES OF THE KURT F. AND LYNN D. REINWAND LIVING TRUST<br><br>          Plaintiffs,<br><br>     vs.<br><br>THE UNITED STATES OF AMERICA, DEPARTMENT OF AGRICULTURE, FOREST SERVICE,<br><br>          Defendants. | PLAINTIFFS' NON-OPPOSITION TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER<br><br>Case No. J05-016 CV (JWS) |

Plaintiffs, Kurt F. and Lynn D. Reinwand, by and through their attorneys, hereby file this non-opposition to Defendant's motion for extension of time to answer. *See Motion For Extension of Time to Answer,* dated February 13, 2006.

DATED this 13th day of February, 2006.

                              BAXTER BRUCE & SULLIVAN P.C.


                              By  s/ Z. Kent Sullivan
                                  Z. Kent Sullivan, Esq.
                                  P.O. Box 32819, Juneau, Alaska 99803
                                  Ph:  (907) 789-3166, Fax: (907) 789-1913
                                  zsullivan@baxterbrucelaw.com
                                  ABA No. 0105038
                                  Attorneys for Plaintiffs Reinwand

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of February, 2006, a true and correct copy of the foregoing non-opposition to Defendant's Motion for Extension of Time to Answer was delivered to the party indicated below via:

Bruce M. Landon, Esq.
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Ph:  (907) 271-5452
Fax: (907) 271-5827
bruce.landon@usdoj.gov
Attorneys for Defendants United States of America
By:    ☒   Electronically via CM/ECF
       ☐   U.S. Mail

                By  s/ Z. Kent Sullivan
                Z. Kent Sullivan, Esq.
                P.O. Box 32819, Juneau, Alaska 99803
                Ph:  (907) 789-3166, Fax: (907) 789-1913
                zsullivan@baxterbrucelaw.com
                ABA No. 0105038
                Attorneys for Plaintiffs Reinwand