BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KURT F. REINWAND and LYNN D. REINWAND, TRUSTEES OF THE KURT F. AND LYNN D. REINWAND LIVING TRUST<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, DEPARTMENT OF AGRICULTURE, FOREST SERVICE,<br><br>Defendant. | Case No. 1:05-cv-00016-JWS<br><br><br><br>ORDER |

Federal defendants motion for an extension of time to and until March 15, 2006 in which to answer or otherwise respond to the complaint in this action is GRANTED.

Dated: February 14, 2006          /s/John W. Sedwick
                                  JOHN W. SEDWICK
                                  United States District Judge

ORDER                             1