BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KURT F. REINWAND and LYNN D. REINWAND, )<br>TRUSTEES OF THE KURT F. AND LYNN D.     )<br>REINWAND LIVING TRUST                                )<br>                                                                                 )<br>                              Plaintiffs,             ) Case No. J05-0016-CV (JWS)<br>                                                                                 )<br>       v.                                                                 )<br>                                                                                 )<br>THE UNITED STATES OF AMERICA,         )<br>DEPARTMENT OF AGRICULTURE,              )<br>FOREST SERVICE,                                         )<br>                                                                                 )<br>                              Defendant.           )<br>_____) | |

UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER

Federal defendants move for an extension of time to and until May 15, 2006 in which to answer or otherwise respond to the complaint in this action. The extension is necessary because the parties are engaged in discussions with the view of resolving this action without extensive litigation. Options to streamline resolution of the action may include the filing of an amended complaint.

Counsel for plaintiffs has authorized the undersigned to represent that this motion is unopposed.

RESPECTFULLY SUBMITTED this 14th day of March, 2006, at Anchorage, Alaska.

        s/ Bruce M. Landon

        BRUCE M. LANDON
        U.S. Department of Justice
        Environment & Natural Resources Division
        801 B Street, Suite 504
        Anchorage, Alaska  99501-3657
        Telephone: (907) 271-5452
        Facsimile:  (907) 271-5827
        Email: bruce.landon@usdoj.gov

        Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March, 2006, a copy of the foregoing was served on the following counsel of record

Z. Kent Sullivan


s/ Bruce M. Landon