BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

KURT F. REINWAND and LYNN D. REINWAND, )
TRUSTEES OF THE KURT F. AND LYNN D.          )
REINWAND LIVING TRUST                              )
                                                                          )
                                    Plaintiffs,             ) Case No. J05-0016-CV (JWS)
                                                                          )
            v.                                                          )
                                                                          )
THE UNITED STATES OF AMERICA,              )
DEPARTMENT OF AGRICULTURE,               )
FOREST SERVICE,                                            )
                                                                          )
                                    Defendant.            )
_____)

(PROPOSED) ORDER

        Defendants unopposed  motion for an extension of time to and including May 15, 2006,

to file a response to the complaint is hereby GRANTED.

Dated:  _____                    _____
                                                                        JAMES W. SEDWICK
                                                                        U.S. District Judge

1