BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KURT F. REINWAND and LYNN D. REINWAND, TRUSTEES OF THE KURT F. AND LYNN D. REINWAND LIVING TRUST<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, DEPARTMENT OF AGRICULTURE, FOREST SERVICE,<br><br>Defendant. | Case No. J05-0016-CV (JWS) |

ORDER

Defendants unopposed motion for an extension of time to and including May 15, 2006, to file a response to the complaint is hereby **GRANTED**.


Dated: 3/15/06                                /s/
                                    JOHN W. SEDWICK
                                    U.S. District Judge