



## LIMITED WARRANTY DEED

The Grantors, KURT F. REINWAND (also known of record as KURT REINWAND and JERRY REINWAND) and LYNN D. REINWAND (also known of record as LYNN REINWAND), husband and wife, tenants by the entirety, of 2 Marine Way, Suite 219, Juneau, Alaska, 99801, for and in consideration of one dollar ($1.00) and other valuable consideration, in hand paid, hereby bargain, grant, and convey to Kurt F. Reinwand and Lynn D. Reinwand, Trustees, or their successors in trust, under the Kurt F. and Lynn D. Reinwand Living Trust, and any amendments thereto, Grantee, of 2 Marine Way, Suite 219, Juneau, Alaska, 99801, all interest in the following described real estate, located in the Juneau Recording District, First Judicial District, State of Alaska:

Parcel No. 1:

Lot 7, Nunatak Terrace II according to Plat 76-49, Juneau Recording District, First Judicial District, State of Alaska.

SUBJECT HOWEVER, to any easements, reservations, covenants, conditions, restrictions, plat notations, patent reservations, exceptions, right-of-way and agreements of record.

Parcel No. 2:

Lot A, U.S. Survey 1159 according to Plat 85-124, Juneau Recording District, First Judicial District, State of Alaska.

SUBJECT TO: Patent reservations, conditions, restrictions and easement of record and the right of the public and governmental

bodies in and to any portion of the above property lying below mean high water line of Wheeler Creek.

Parcel No. 3:

Lot 6A, 6B & 7, Block 76, TIDELAND ADDITIONS TO THE CITY OF JUNEAU, according to Plat 74-9W and Lot 7, Block 76, Tidelands Addition to the City of Juneau, according to official plat thereof, filed under Plat Number 354, Records of the JUNEAU Recording District, FIRST Judicial District, State of ALASKA.

SUBJECT TO reservations, exceptions, easements, covenants, conditions and restrictions of record, if any.

Parcel No. 4:

A tract of land embraced in U.S. Survey No. 356 according to the map thereof approved April 1, 1913, more particularly described as follows:

BEGINNING at Corner No. 1 M.C., a cross slate rock, from which U.S.L.M. No. 354 bears North 27 degrees 51' West 131.88 chains distant corner No. 2 M.C. U.S. SURVEY No. 355 bears North 21 degrees 57' West, 66.88 chains distant; from Corner No. 1 M.C. by meanders along the West side of Shelter Island South 8 degrees 45' West 7.29 chains, South 39 degrees 04' West, 3.53 chains to Corner No. 2 M.C; thence East 8.33 chains to Corner No. 3; thence North 9.95 chains to Corner No. 4; thence West 4.98 chains to Corner No. 1, the place of Beginning, being located on the West side of Shelter Island, Northeast shore of Saginaw Channel, located in Juneau Recording District, First Judicial District, State of Alaska.

The warranty in this deed is limited in this matter to: (1) the coverage the Grantors have under any policy of title insurance or damages of $10.00 (whichever is greater) and (2) the application of the doctrine of estoppel with respect to after acquired title. GRANTORS in this deed are the TRUST MAKERS of the above revocable trust.

Limited Warranty Deed, Reinwand, 6621-005
Page 2 of 3



2 of 3
2004-008921-0

The legal description and stated title owner contained herein were supplied by the parties, and the draftsman assumes no responsibility for the correctness thereof. This document is used for trust funding and may be over inclusive in its description to attempt to include all property owned in the trust.

Dated this 6th day of October 2004.

_____
Kurt F. Reinwand

_____
Lynn D. Reinwand

STATE OF ALASKA        )
                       ) ss.
FIRST JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on this 6th day of October 2004, before me, the undersigned, a notary public in and for the State of Alaska, duly commissioned and sworn, personally appeared KURT F. REINWAND and LYNN D. REINWAND, to me known and known to me to be the persons named in and who executed the within and foregoing instrument, and they acknowledged to me that they signed the same freely and voluntarily for the uses and purposes therein mentioned.

WITNESS my hand and official seal the day and year in this certificate first above written.

_____
Notary Public, State of Alaska
My commission expires: 12-25-2007

After recording, return to:

Baxter Bruce & Sullivan P.C.
P.O. Box 32819
Juneau, AK 99803

Limited Warranty Deed, Reinwand, 6621-005
Page 3 of 3

3 of 3
2004-008921-0

Exhibit 2; Page 3 of 3