176

HES # 85   U551129

UNITED STATES OF AMERICA  ss
DISTRICT OF ALASKA

I, John H. Dunn, clerk of the District Court of the United States for the First Division, District of Alaska, do hereby certify that George D. Beaumont, United States Marshal for the said First Division, District of Alaska, who is to me known to be the person named in an who executed the foregoing Deed of Conveyance, this day personally appeared before me and acknowledged that he executed the same as said U. S. Marshal, for the uses and purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said District Court at the City of Juneau, in said District, this 6th day of October in the year of our Lord 1925.

JOHN H. DUNN  Clerk
(SEAL)

Filed for record at 4 P.M., October 6, 1925. Recorded 29 Deeds, Pages 174-176.

_____ DISTRICT RECORDER

-------oOo-------

Anchorage 03196

THE UNITED STATES OF AMERICA,

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

WHEREAS, a Certificate of the Register of the Land Office at Anchorage, Alaska, has been deposited in the General Land Office, whereby it appears that, pursuant to the Act of Congress of May 20, 1862, "To Secure Homesteads to Actual Settlers on the Public Domain", and the acts supplemental thereto, the claim of Frank F. Wheeler, has been established and duly consummated, in conformity to law, for the land embraced in H. E. Survey No. 85, situate on the West side of Wheeler Creek, one-half mile south of Game Cove, West side of Admiralty Island, Alaska, more particularly bounded and described as follows:   South of Hawk Inlet.

Beginning at corner No. 1, a hemlock tree eight inches in diameter marked 1 HES 85, from which U. S. Location Monument No. 798, bears north eighty-eight degrees thirty-seven minutes west thirty-three and ninety-one hundredths chains distant; thence, north two degrees fifty-five minutes west eighty chains to corner No. 2, a hemlock post three feet long six inches square, marked 2 HES 85; thence, south eighty-nine degrees fifty-eight minutes east eleven chains to corner No. 3, a spruce post four feet long five inches square, marked 3 HES 85 and MC; thence, meandering the left bank of Wheeler Creek upstream at mean high water mark, south thirty-four degrees fifteen minutes east four and fifty hundredths chains, south eight degrees east eight and sixty hundredths chains, south thirteen degrees forty-five minutes west seven and forty hundredths chains, south thirty-two degrees thirty minutes east two and sixty hundredths chains, south twenty-four degrees thirty minutes west six and sixty hundredths chains, south nine degrees thirty minutes west two and eighty hundredths chains, south fifty-six degrees fifteen minutes east twelve and sixty hundredths chains, south twenty degrees forty-five minutes east four and sixty hundredths chains, south twenty nine degrees fifteen minutes west thirteen and ten hundredths chains, south seven degrees west six and eighty hundredths chains, south seven degrees fifteen minutes east six and ninety hundredths chains, north eighty degrees forty-five minutes east four and sixty hundredths chains north sixty-seven degrees east three and thirty hundredths chains, south eighty-eight degrees fifteen minutes east one and twenty hundredths chains south thirty-two degrees east eleven and seventy hundredths chains, south forty-two degrees forty-five minutes west two and sixty hundredths chains; south fifty degrees west two and ninety hundredths chains

177

south seventy-six degrees fifteen minutes west one and fifty hundredths chains, south thirty-nine degrees forty-eight minutes west one and fifty-six hundredths chains to corner No. 4, a spruce post four feet long four inches square, marked MC and 4 HES 85; thence, north eighty-nine degrees fifty-six minutes west twenty-two and twenty-one hundredths chains to corner No. 1, the place of beginning, containing one hundred thirty-four acres and eighty hundredths of an acre, according to the Official Plat of the Survey of the said Land, returned to the GENERAL LAND OFFICE by the Surveyor General:

NOW KNOW YE, That there is, therefore, granted by the UNITED STATES unto the said claimant, the tract of Land above described; TO HAVE AND TO HOLD the said tract of land, with the appurtenances thereof, unto the said claimant, and to the heirs and assigns of the said claimant, forever; subject to any vested and accrued water rights for mining, agricultural, manufacturing, or other purposes, and rights to ditches and reservoirs used in connection with such water rights as may be recognized and acknowledged by the local customs, laws, and decisions of courts; and there is reserved from the lands hereby granted a right of way thereon for ditches or canals constructed by the authority of the United States. And there is also reserved to the United States a right of way for the construction of/roads, telegraph and telephon lines, in accordance with the Act of March 12, 1914 (38 Stat., 305).

IN TESTIMONY WHEREOF, I, CALVIN COOLIDGE, President of the United States of America, have caused these letters to be made Patent, and the Seal of the General Land Office to be hereunto affixed.

GIVEN under my hand, at the City of Washington, the Twenty-fourth day of May in the year of our Lord onethousand nine hundred and twenty-four and of the Independence of the United States the one hundred and forty-eighth

By the President:  CALVIN COOLIDGE
By                 VIDIA B. FUCH, Secretary.
                   M. P. LE ROY
                   Recorder of the General Land Office

(SEAL)
Recorded: Patent Number 936622

Filed for record at 9 A.M., October 7, 1925. Recorded 29 Deeds, Pages 176-177

_____ DISTRICT RECORDER

-----oOo-----

KNOW ALL MEN BY THESE PRESENTS: That J. F. Tobin the party of the first part, for and in consideration of the sum of TWO HUNDRED SEVENTY FIVE AND 00/100 ($275.00) DOLLARS, lawful money of the United States of America, to him in hand paid by Karl L. Klenke the party of the second part, the receipt whereof is hereby acknowledged, does by these presents grant, bargain, sell and convey unto the said party of the second part, his executors, administrators and assigns all that certain lot, piece or parcel of land situated in the city and recording district of Juneau and particularly described as follows, to-wit:

Situated about 80 feet from the North of Twelfth Street adjoining on the South the land claimed by James Larson, on the North by vacant tide land, on the West the Gastineau Channel and on the East the mountains. The house is a three room house with the platform it is approximately 35 by 47 feet in dimensions and was formerly owned by John L. Scorman.

TOGETHER with all and singular the tenements, hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and all the furniture in the house upon the premises contained.

TO HAVE AND TO HOLD the same to the said party of the second part, his executors, administrators and assigns forever. And he does for his heirs, executors and adminis-