0301 PAGE 548

### WARRANTY DEED

THE TRUST FOR PUBLIC LAND, a nonprofit California public benefit corporation, Grantor, whose principal place of business is 116 New Montgomery Street, San Francisco, California, 94105, for and in consideration of FIVE HUNDRED TWENTY THOUSAND DOLLARS ($520,000.00) to them in hand paid, does hereby CONVEY AND WARRANT to the UNITED STATES OF AMERICA, Grantee, and its assigns, of 12th & Independence Avenue SW, Washington, D.C. 20250, the following real property located in the Juneau Recording District, First Judicial District, State of Alaska, described as follows:

#### COPPER RIVER MERIDIAN

Lots B through G, U.S. Survey 1159 according to Plat 85-124, Juneau Recording District, First Judicial District, State of Alaska, containing 61.33 acres, more or less.

SUBJECT TO easements, if any, for established or existing roads, highways and utilities.

AND SUBJECT TO:

1. The rights of the public and governmental bodies in and to any portion of the property lying below the mean high water line of Wheeler Creek.

2. Restrictions delineated on Plat 85-124.

The acquiring agency is the Forest Service, U.S. Department of Agriculture.

Dated this 17th day of June, 1985.

BOOK 301 PAGE 549

IN TESTIMONY WHEREOF, the said THE TRUST FOR PUBLIC LAND, has caused these presents to be executed by its Executive Vice President and attested by its Assistant Secretary, and its corporate seal to be hereunto affixed this 27th day of June, 1988.

THE TRUST FOR PUBLIC LAND

By: _____
Ralph B. Benson
Executive Vice President

Attest:

By: _____
Nancy C. Shanahan
Assistant Secretary

(CORPORATE SEAL)

State of California  } ss.
County of San Francisco }

On this 27th day of June, 1988, before me Ellen P. Rosenbluth, the undersigned Notary Public, personally appeared Ralph B. Benson, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) who executed the within instrument as Executive Vice President, on behalf of the corporation therein named and acknowledged to me that the corporation executed it.

_____
My commission expires 1/5/90



This instrument was drafted under the direction of Robert A. Maynard, Attorney, Office of the General Counsel, U.S. Department of Agriculture, Juneau, Alaska.

88-4179
1300

RECORDED
JUNEAU REC.
DISTRICT

JUL 1  9:33 AM '88
REQUESTED BY: TPL
EXPRESS

Return: U.S.A.
c/o U.S. Forest Service
P.O. Box 021628
Juneau, Alaska 99802-1628

Exhibit 6; Page 2 of 2