BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KURT F. REINWAND and LYNN D. REINWAND, TRUSTEES OF THE KURT F. AND LYNN D. REINWAND LIVING TRUST<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA, DEPARTMENT OF AGRICULTURE, FOREST SERVICE,<br><br>　　　　　Defendant. | Case No. 1:05-cv-0016 (JWS) |

UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO AMENDED COMPLAINT

Federal defendants move for an extension of time to and until June 23, 2006 to respond to plaintiffs' amended complaint filed May 12, 2006.  The extension of time is necessary in order to analyze the allegation of the amended complaint that there is a discrepancy between where plaintiffs' surveyor has surveyed the southern boundary of the plaintiffs' property through the accretions at issue in this case and where a Forest Service surveyor has placed signs indicating

Motion for Extension                              1

that the land south of the signs is national forest land. Counsel for plaintiffs has authorized the undersigned to represent that this motion is unopposed.

    RESPECTFULLY SUBMITTED this 26th day of May, 2006, at Anchorage, Alaska.

                S/ Bruce M. Landon

                BRUCE M. LANDON
                U.S. Department of Justice
                Environment & Natural Resources Division
                801 B Street, Suite 504
                Anchorage, Alaska  99501-3657
                Telephone: (907) 271-5452
                Facsimile:  (907) 271-5827
                Email: bruce.landon@usdoj.gov

                Attorney for Defendants

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 26th day of May, 2006, a copy of the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT and PROPOSED ORDER were served electronically on the following counsel of record

Z. Kent Sullivan


s/ Bruce M. Landon