BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KURT F. REINWAND and LYNN D. REINWAND, TRUSTEES OF THE KURT F. AND LYNN D. REINWAND LIVING TRUST | ) ) ) ) |
| Plaintiff, | ) Case No. 1:05-cv-0016 (JWS) ) |
| v. | ) ) |
| THE UNITED STATES OF AMERICA, DEPARTMENT OF AGRICULTURE, FOREST SERVICE, | ) ) ) ) |
| Defendant. | ) ) |

(PROPOSED) ORDER

Defendants' unopposed motion for an extension of time to and including June 23, 2006, to file a response to the amended complaint is hereby **GRANTED.**

Dated:

JOHN W. SEDWICK
U.S. District Judge

1