BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KURT F. REINWAND and LYNN D. REINWAND, TRUSTEES OF THE KURT F. AND LYNN D. REINWAND LIVING TRUST  Plaintiff,  v.  THE UNITED STATES OF AMERICA, DEPARTMENT OF AGRICULTURE, FOREST SERVICE,  Defendant. | ) ) ) ) ) ) Case No. 1:05-cv-0016 (JWS) ) ) ) ) ) ) ) ) ) ) |

UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME
TO RESPOND TO AMENDED COMPLAINT

Federal defendants move for an extension of time to and until June 23, 2006 to respond to plaintiffs' amended complaint filed July 12, 2006.  The extension of time is necessary in order to analyze the allegation of the amended complaint that there is a discrepancy between where plaintiffs' surveyor has surveyed the southern boundary of the plaintiffs' property through the

Reinwand v. US
Mot. for Ext.                                                       1

accretions at issue in this case and where a Forest Service surveyor has placed signs indicating that the land south of the signs is national forest land. That analysis has taken longer than anticipated in federal defendants' prior motion for extension of time. Counsel for plaintiffs has authorized the undersigned to represent that this motion is unopposed.

RESPECTFULLY SUBMITTED this 22nd day of June, 2006, at Anchorage, Alaska.

S/ Bruce M. Landon

BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 22th day of May, 2006, a copy of the foregoing was served electronically on the following counsel of record

Z. Kent Sullivan


s/ Bruce M. Landon