BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KURT F. REINWAND and LYNN D. REINWAND, TRUSTEES OF THE KURT F. AND LYNN D. REINWAND LIVING TRUST<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE UNITED STATES OF AMERICA, DEPARTMENT OF AGRICULTURE, FOREST SERVICE,<br><br>　　　　　　Defendant. | ) ) ) ) ) Case No. 1:05-cv-0016 (JWS) ) ) ) ) ) ) ) ) ) |

ORDER

Defendants' unopposed motion for an extension of time to and including July 12 , 2006, to file a response to the amended complaint is hereby **GRANTED.**

Dated:    June 26, 2006

　　　　　　　　　　　　　　　　　 /s/
　　　　　　　　　　　　　　　　JOHN W. SEDWICK
　　　　　　　　　　　　　　　　U.S. District Judge

1