BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KURT F. REINWAND and LYNN D. REINWAND, TRUSTEES OF THE KURT F. AND LYNN D. REINWAND LIVING TRUST<br><br>          Plaintiff,<br><br>     v.<br><br>THE UNITED STATES OF AMERICA, DEPARTMENT OF AGRICULTURE, FOREST SERVICE,<br><br>          Defendant. | Case No. 1:05-cv-0016 (JWS) |

MOTION FOR CONFIRMATION OF DISCLAIMER OF INTEREST
AND FOR DISMISSAL

Pursuant to 28 U.S.C. 2409a(e), the United States moves for an order confirming the disclaimer of interest of the United States and dismissing this action.  This motion is supported by the accompanying memorandum.  The disclaimer is Exhibit 1 to that memorandum.  A proposed order confirming the disclaimer and dismissing the action is attached to this motion.

RESPECTFULLY SUBMITTED this 7th day of July, 2006, at Anchorage, Alaska.

s/ Bruce M. Landon
BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of July, 2006, a copy of the foregoing MOTION FOR CONFIRMATION OF DISCLAIMER OF INTEREST AND FOR DISMISSAL and PROPOSED ORDER were served electronically on the following counsel of record:

Z. Kent Sullivan


s/ Bruce M. Landon