BRUCE M. LANDON
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:  (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KURT F. REINWAND and LYNN D. REINWAND, TRUSTEES OF THE KURT F. AND LYNN D. REINWAND LIVING TRUST | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| THE UNITED STATES OF AMERICA, DEPARTMENT OF AGRICULTURE, FOREST SERVICE, | ) ) ) ) |
| Defendant. | ) ) ) |

Case No. 1:05-cv-0016 (JWS)

(PROPOSED) ORDER
OF CONFIRMATION OF DISCLAIMER
AND DISMISSAL

Defendants' motion for confirmation of disclaimer and for dismissal is hereby

**GRANTED.**  In accordance with 28 U.S.C. 2409a(e), the following disclaimer of the United

States is confirmed:

Pursuant to 28 U.S.C. § 2409a(e), the United States disclaims any property interest in the following described lands except for those property interests retained or reserved on the face of Patent No. 936822, dated May 24, 1924, or statutorily reserved:

A sliver of accreted land lying easterly of Lot B USS 1159

Commencing from the True Point of Beginning being the Southeast corner of Lot A USS 1159 also being the Northeast corner of Lot B of USS 1159 being marked by a 2&1/2 inch aluminum monument with 3 inch Forest Service cap, thence the following courses; thence N89° 50'E for 243.62 ft.; thence S14° 32' 35"E for 13.55 ft.; thence N87° 07' 30"W for 247.33 ft., to the True Point of Beginning, the Area being 1599.05 Sq. ft. or 0.04 Acres.

The Court having confirmed the disclaimer, this action is dismissed.

Dated:

                                              JOHN W. SEDWICK
                                              U.S. District Judge