

## FOREST SUPERVISOR'S CERTIFICATE

I certify that this survey was executed to support the management of national forest land, at my direction. The Forest Service, U.S.D.A. shall be responsible for this survey.

*[signature]* 1-22-04
Forest Supervisor        date
Tongass National Forest

### NOTARY'S ACKNOWLEDGEMENT

This is to certify that on the 22 day of January, before me, the undersigned, a public notary in and for the State of Alaska, duly commissioned and sworn, appeared _____ who is known to me to be the identical person who signed above; and s/he acknowledged to me that s/he signed this plat voluntarily.

*Kellie A. Mills*
Notary Public in and for the State of Alaska
My commission expires 7-5-04

[Notary Seal: KELLIE A. MILLS]

### MONUMENTS OF RECORD, RECOVERED BY THIS SURVEY

**A** — A 10 inch Hemlock snag, blazed on 4 sides from which, the bearing trees of record:
  24 in. Spruce, bears S76°30'W, 23.1 ft, with healed blaze.
  14 in. Hemlock, bears N22°35'W, 9.3 ft, with healed blaze.

**B** — As shown on Plat No. 86-73, Juneau Land Records. A 5/8 in. drive rod w/ aluminum U.S.F.S. cap, stamped as shown:
[TNF / WCC1 / S1159 / 5115-S / 1985]

**C** — A 2 x 30 in. alum. post w/ U.S.F.S. cap, stamped as shown: from which, the bearing trees of record:
  35 in. Spruce, bears S21°W, 24.2 ft, "X2 HES 85 BT".
  34 in. Spruce, bears N64°W, 43.5 ft, with healed blaze.
  17 in. Hemlock, bears N51°W, 26.7 ft, "HES 85 BT"
[TNF / C2 / S1159 / 5115-S / 1985]

**D** — A 5/8 in. drive rod w/ alum. U.S.F.S. cap, stamped as shown: To perpetuate we set two 5/8 in. x 3 ft. drive rod w/ 1 in. cap stamped
  "RM 1", N22°E, 3.95 ft
  "RM 2", S64°E, 3.20 ft.
[TNF / MC 3 / S1159 / 5115-S / 1985]

### MONUMENTS ESTABLISHED BY THIS SURVEY

**E** — We set a 2 x 30 inch aluminum post w/ 3 in. aluminum U.S.F.S. cap stamped as shown:
We blazed and scribed:
  16 in. Hemlock, bears N82°E, 23.5 ft., "BT".
  16 in. Hemlock, bears S10°E, 12.3 ft., "L B HES 85 BT".
  6 in. Hemlock, bears N54°W, 11.0 ft., "BT".
[LOT A / USS1159 / LOT B / USS1159 / RLS 10391 / 2003]

**F** — As witness to the meander corner, on a line at the bearing of N89°50'E from the corner of Lot A/Lot B, we set a 2 x 30 in. aluminum post, w/ 3 in. aluminum U.S.F.S. cap stamped as shown: from which we set two 5/8 in. x 3 ft. alum. rods with 1 in. diam. alum. caps stamped:
  "RM 1" N12°W, 1.95 ft.
  "RM 2" S62°W, 1.90 ft.
tie: WCMC to left bank of Wheeler Creek N89°50'E, 257 ft.
[WC / LOT A / USS1159 / LOT B / USS1159 / RLS 10391 / 2003]

**G** — We set a 2 x 30 in. alum. post w/ 3 in. alum. U.S.F.S. cap stamped as shown:
We blazed and scribed "BT"
  10 in. Hemlock, bears N 4°E, 46.5 ft.
  12 in. Hemlock, bears S30°E, 32.4 ft.
  16 in. Hemlock, bears S60°W, 23.6 ft.
[LOT G / USS1159 / TR6 / USS1159 / RLS 10391 / 2003]

**H** — As witness to the meander corner, on a line at the bearing of N89°33'E from the corner of Lot G/Tract 6, we set a 2 x 30 in. aluminum post, w/ 3 in. alum. U.S.F.S. cap stamped as shown:
We blazed and scribed "X BT"
  24 in. Spruce, N48°E, 6.8 ft.
  26 in. Spruce, S76°E, 19.1 ft.
  14 in. Spruce, S62°W, 19.9 ft.
tie: WCMC to left bank of Wheeler Creek N89°33'E, 99 ft.
[WC / LOT G / USS1159 / TR6 / USS1159 / RLS 10391 / 2003]

**J** — Based on bearing & distance of record (G.L.O. field notes) from the only original bearing tree recovered, position of original meander corner monument falls in Wheeler Creek.
New witness corner meander corner monument established on line between that position for meander corner 4 and Corner 1.
Bearing tree of record recovered:
  20 in. Spruce, scribing unreadable
We set a 2 x 30 in. aluminum post, w/ 3 in. alum. U.S.F.S. cap stamped as shown:
We blazed and scribed "X BT"
  26 in. Spruce, S44°W, 26.2 ft.
  30 in. Spruce, N66°W, 25.1 ft.
Original bearing tree bears:
  20 in. Spruce, S60°W, 11.0 ft.
tie: WCMC to left bank of Wheeler Creek S89°50'E, 37 ft.
[WC / C 4 / USS1159 / MC / RLS 10391 / 2003]

Fed Def Exh 2
1 of 2



Fed Def Exh. 2
2 of 2