

| United States Department of Agriculture | Forest Service | Alaska Region | P.O. Box 21628<br>Juneau, AK 99802-1628 |
|---|---|---|---|

File Code: 1510/2300
Date: August 5, 2004

The Honorable Ted Stevens
United States Senator
United States Senate
522 Hart Building
Washington, DC 20510

Dear Senator Stevens:

This letter is in response to Ms. Karina Waller's e-mail to Deputy Regional Forester Steve Brink regarding concerns Mr. Jerry Reinwand has reported with respect to his private property on Admiralty Island near the Tongass National Forest. Mr. Reinwand has also been in contact with the Forest Service in Alaska about his alleged concerns that Bear Creek Outfitters, under a special-use permit authorized by the Forest Service, has been trespassing on his property at Wheeler Creek.

The Forest Service has been working with Mr. Reinwand and Bear Creek Outfitters for several years to resolve Mr. Reinwand's alleged concerns. The Forest Service has taken steps to alleviate these concerns, including surveying and marking of the Tongass National Forest boundary adjacent to his property in 2003 and notifying Bear Creek Outfitters of the alleged concerns expressed by Mr. Reinwand. A copy of our July 2003 letter to Senator Lisa Murkowski on this issue is attached to provide further background about the situation.

Mr. Reinwand's property is located approximately one-half mile upstream from the ocean at Game Cove on the west side of Admiralty National Monument, and includes about 900 feet of frontage along Wheeler Creek. Due to the gentle stream gradient and low elevation of Mr. Reinwand's property, his stream frontage is within that portion of Wheeler Creek that is influenced by the ocean tides. Because of this, we believe the boundary of that portion of Mr. Reinwand's property adjacent to Wheeler Creek lies along the mean high tide line, with Mr. Reinwand owning the land above mean high tide and the State of Alaska owning the land below mean high tide. The Forest Service currently authorizes outfitter-guide use only above mean high tide throughout the Tongass National Forest.

Currently, there is no proof that Bear Creek Outfitters is violating the terms of their special-use permit. The staff at the Admiralty National Monument has been in frequent contact with Bear Creek Outfitters, and has received assurance that they are operating on National Forest System lands and State of Alaska tidelands, and that they do not guide their clients on private property.

As specified in the terms and conditions of their special-use permit, Bear Creek Outfitters has the right to use the Tongass National Forest at Wheeler Creek to operate guided fishing trips, and the Forest Service has no jurisdiction for enforcement of private property rights. Mr. Reinwand should contact the appropriate State of Alaska authorities if he believes that his property is being trespassed.

Fed Def Exh. 3
1 of 2

The Admiralty National Monument staff will continue to work with Mr. Reinwand and Bear Creek Outfitters as they relate to access to National Forest System lands. Relative to his alleged concerns about trespass from State land on to his property, we recommend that Mr. Reinwand survey and clearly mark his property boundary located at the mean high tide line bordering Wheeler Creek and contact the appropriate State of Alaska authorities.

Sincerely,


DENNIS E. BSCHOR
Regional Forester

Enclosure

cc:
Legislative Affairs, WO
Recreation Staff, WO
Public Affairs Staff, WO
Recreation, Lands and Minerals Staff, R10
Ecosystem Planning Staff, R10
Susan Marthaller, District Ranger, ANM
Office of the General Counsel

Fed Def Exh 3
2 of 2