N14°32'35"W 13.55'

S11°57'45"W 147.5'

S89°50'00"W, 243.62'

S87°07'30"E 247.33'

N14°32'35"W 245.73'

S11°57'45"W 147.5'

S87°07'30"E 247.33'

N22°06'40"W 96.57'

N41°54'27"W 52.50'

N27°41'08"W 324.38'

N30°31'00"W 192.06'

AREA of ACCRETION

S8°00'00"E 569.45'

1917 meander line

N89°58'00"W 110.26'

N61°00'W 200.00'

S34°15'00"E 293.79'

N13°45'W, 488.4'

S89°50'00"W 928.56'

200'

0

S89°58'00"E 725.22'

LOT A

LOT B

TONGASS NATIONAL FOREST

TONGASS NATIONAL FOREST

LEGEND

Forest Service Monument

R & M monument from accretion survey

N2°55'00"W 810.93'

Fed Def Exh 4 of 1