Z. Kent Sullivan
BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819
Juneau, Alaska 99803
ph: (907) 789-3166
fax: (907) 789-1913
zsullivan@baxterbrucelaw.com
Attorneys for Plaintiffs Reinwand

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| KURT F. REINWAND and LYNN D. REINWAND, TRUSTEES OF THE KURT F. AND LYNN D. REINWAND LIVING TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, DEPARTMENT OF AGRICULTURE, FOREST SERVICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) PLAINTIFFS' ERRATUM<br>) REGARDING NON-OPPOSITION<br>) TO DEFENDANT'S MOTION FOR<br>) CONFIRMATION OF DISCLAIMER<br>) OF INTEREST & FOR DISMISSAL<br>)<br>) Case No. 1J05-00016 CV (JWS)<br>) |

Plaintiffs, Kurt F. Reinwand and Lynn D. Reinwand, Trustees of the Kurt F. and Lynn D. Reinwand Living Trust, by and through their attorneys of record, hereby provide notice to the Court that they inadvertently attached the wrong electronic document file for filing. Whereas Plaintiffs intended to file a non-opposition to Defendant's motion for confirmation of disclaimer of interest and for dismissal, Plaintiffs mistakenly filed a copy of Defendant's previously submitted memorandum in support of motion for confirmation of disclaimer of interest and for dismissal, dated July

7, 2006. A correct copy of Plaintiffs' intended filing, the non-opposition, is attached hereto as Exhibit "1," and will be filed as docket No. 16.

DATED this 10th day of July, 2006.

                BAXTER BRUCE & SULLIVAN P.C.

By  s/ Z. Kent Sullivan
   Z. Kent Sullivan, Esq., ABA No. 0105038
   P.O. Box 32819, Juneau, Alaska 99803
   Ph: (907) 789-3166; Fax: (907) 789-1913
   zsullivan@baxterbrucelaw.com
   Attorneys for Plaintiffs Reinwand

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of July, 2006, a true and correct copy of the foregoing was delivered to the party indicated below via:

Bruce M. Landon, Esq.
U. S. Department of Justice
Environmental & Natural Resource Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Ph: (907) 271-5452
Fax (907) 271-5827
Attorney for Defendant United States of America, Department of Agriculture, Forest Service
By: [X] Electronically via CM/ECF
    [ ] U.S. Mail
    [ ] Fax

   s/ Z. Kent Sullivan
   Z. Kent Sullivan, Esq., ABA No. 0105038
   P.O. Box 32819, Juneau, Alaska 99803
   Ph: (907) 789-3166; Fax: (907) 789-1913
   zsullivan@baxterbrucelaw.com
   Attorneys for Plaintiffs Reinwand

Z. Kent Sullivan
BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819
Juneau, Alaska 99803
ph: (907) 789-3166
fax: (907) 789-1913
zsullivan@baxterbrucelaw.com
Attorneys for Plaintiffs Reinwand

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| KURT F. REINWAND and LYNN D. REINWAND, TRUSTEES OF THE KURT F. AND LYNN D. REINWAND LIVING TRUST,<br><br>    Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, DEPARTMENT OF AGRICULTURE, FOREST SERVICE,<br><br>    Defendant. | PLAINTIFFS' NON-OPPOSITION TO DEFENDANT'S MOTION FOR CONFIRMATION OF DISCLAIMER OF INTEREST & FOR DISMISSAL<br><br>Case No. 1J05-00016 CV (JWS) |

Plaintiffs, Kurt F. Reinwand and Lynn D. Reinwand, Trustees of the Kurt F. and Lynn D. Reinwand Living Trust, by and through their attorneys of record, hereby provide notice to the Court that they do not oppose Defendant's motion for confirmation of disclaimer of interest and for dismissal, dated July 7, 2006.

DATED this 10th day of July, 2006.

//



*Reinwand v. U.S.*; Case No. 1JU05-0016 CV (JWS)
Plaintiffs' Non-opposition to Defendant's Motion for Confirmation of Disclaimer of Interest & for Dismissal
Page 1 of 2

BAXTER BRUCE & SULLIVAN P.C.

By  s/ Z. Kent Sullivan
    Z. Kent Sullivan, Esq., ABA No. 0105038
    P.O. Box 32819, Juneau, Alaska 99803
    Ph: (907) 789-3166; Fax: (907) 789-1913
    zsullivan@baxterbrucelaw.com
    Attorneys for Plaintiffs Reinwand

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of July, 2006, a true and correct copy of the foregoing was delivered to the party indicated below via:

Bruce M. Landon, Esq.
U. S. Department of Justice
Environmental & Natural Resource Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Ph: (907) 271-5452
Fax (907) 271-5827
Attorney for Defendant United States of America, Department of Agriculture, Forest Service
By: ☒ Electronically via CM/ECF
    ☐ U.S. Mail
    ☐ Fax

s/ Z. Kent Sullivan
Z. Kent Sullivan, Esq., ABA No. 0105038
P.O. Box 32819, Juneau, Alaska 99803
Ph: (907) 789-3166; Fax: (907) 789-1913
zsullivan@baxterbrucelaw.com
Attorneys for Plaintiffs Reinwand