Z. Kent Sullivan
BAXTER BRUCE & SULLIVAN P.C.
P.O. Box 32819
Juneau, Alaska  99803
ph:  (907) 789-3166
fax: (907) 789-1913
zsullivan@baxterbrucelaw.com
Attorneys for Plaintiffs Reinwand

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

| | |
|---|---|
| KURT F. REINWAND and LYNN D. REINWAND, TRUSTEES OF THE KURT F. AND LYNN D. REINWAND LIVING TRUST, <br><br>     Plaintiff, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA, DEPARTMENT OF AGRICULTURE, FOREST SERVICE, <br><br>     Defendant. | PLAINTIFFS' NON-OPPOSITION TO DEFENDANT'S MOTION FOR CONFIRMATION OF DISCLAIMER OF INTEREST & FOR DISMISSAL <br><br> Case No. 1J05-00016 CV (JWS) |

Plaintiffs, Kurt F. Reinwand and Lynn D. Reinwand, Trustees of the Kurt F. and Lynn D. Reinwand Living Trust, by and through their attorneys of record, hereby provide notice to the Court that they do not oppose Defendant's motion for confirmation of disclaimer of interest and for dismissal, dated July 7, 2006.

DATED this 10th day of July, 2006.

//

          BAXTER BRUCE & SULLIVAN P.C.

      By  s/ Z. Kent Sullivan
          Z. Kent Sullivan, Esq., ABA No. 0105038
          P.O. Box 32819, Juneau, Alaska 99803
          Ph: (907) 789-3166; Fax: (907) 789-1913
          zsullivan@baxterbrucelaw.com
          Attorneys for Plaintiffs Reinwand

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of July, 2006, a true and correct copy of the foregoing was delivered to the party indicated below via:

Bruce M. Landon, Esq.
U. S. Department of Justice
Environmental& Natural Resource Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Ph: (907) 271-5452
Fax (907) 271-5827
Attorney for Defendant United States of America, Department of Agriculture, Forest Service
By: ☒ Electronically via CM/ECF
     ☐ U.S. Mail
     ☐ Fax

      s/ Z. Kent Sullivan
      Z. Kent Sullivan, Esq., ABA No. 0105038
      P.O. Box 32819, Juneau, Alaska 99803
      Ph: (907) 789-3166; Fax: (907) 789-1913
      zsullivan@baxterbrucelaw.com
      Attorneys for Plaintiffs Reinwand